Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Thom V. Randle

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 09-169  EJG |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND  EXCLUDING** |
| vs. | ) **TIME UNDER THE SPEEDY TRIAL ACT** |
| | ) |
| | ) **Date: 6-3-09** |
| THOM V. RANDLE | ) **Time: 10:00 a.m.** |
| | ) **Courtroom: Honorable EDWARD J. GARCIA** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

        Defendant Thom V. Randle,  through his counsel of record, Patrick K. Hanly, Esq., and plaintiff

United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and

stipulate that the current status conference set for June 3, 2009, in the above case shall be re-scheduled

for July 10, 2009 at 10:00 a.m., to allow more time for defense to counsel to review discovery already

provided and to allow the government to produce additional discovery that has been promised.  The

government has produced over 380 pages of discovery to date and has indicated that more discovery will

soon be available.  The continuance will allow the defense to review all the discovery in the case and

thus be in a better position to advise the court of the status of the case at the July 10, 2009 court date.

        The parties further agree and stipulate that under 18 U.S.C. §3161 h) (8) (B) (iv), and Local

Code T4, time from the date of this stipulation shall be excluded from computation of time within which

the trial of this matter must be commenced under the Speedy Trial Act until and including, July 10,

1  2009, for counsel preparation time and to permit the parties to further investigate, review and complete

2  the exchange of discovery, and prepare the case for further proceedings.

3  Dated: June 1, 2009                                    LAW OFFICES OF PATRICK K. HANLY

4                                                          By:  /s/  _Patrick K. Hanly_____
                                                               Attorney for Defendant

5  Dated: June 1, 2009                                    UNITED STATES ATTORNEY

6                                                          By: /s/  Patrick K. Hanly for
7                                                              Robin Taylor,
                                                               Assistant United States Attorney

8

9

10                                           **<u>ORDER</u>**

11

12        Based on the stipulation of the parties and good cause appearing there from, the Court hereby

13  finds that the failure to grant a continuance in this case would deny both counsel reasonable time

14  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

15  specifically finds that the ends of justice served by the granting of such continuance outweigh the

16  interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the

17  stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

18

19        **IT IS SO ORDERED**.

20        Dated: June  1, 2009                            /s/ Edward J. Garcia_____
                                                           HONORABLE EDWARD J. GARCIA
21                                                         United States District Court Judge

22

23

24

25

26

27

28