Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Thom V. Randle

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 09-169  EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND  EXCLUDING** |
| vs. ) | **TIME UNDER THE SPEEDY TRIAL ACT** |
| ) | |
| ) | **Date: 7-10-09** |
| THOM V. RANDLE ) | **Time: 10:00 a.m.** |
| ) | **Courtroom: Honorable EDWARD J. GARCIA** |
| Defendant. ) | |
| ) | |
| ) | |

    Defendant Thom V. Randle, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the current status conference set for July 10, 2009, in the above case shall be re-scheduled for,  August 14, 2009 at 10:00 a.m., to allow more time for defense to counsel to review discovery already provided and to allow the government to produce additional discovery that has been promised. The government has produced over 380 pages of discovery to date and has indicated that more discovery will soon be available.  On July 3, 2009 the defense traveled to Chico, California and reviewed 6 boxes of documents seized by the FBI from defendant and made copies of relevant documents.  The defense needs time to review and analyze the documents copies and those seized.  The continuance will allow the defense to review all the discovery in the case and thus be in a better position to advise the court of the status of the case at the August 14, 2009 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161 h) (8) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, August 14, 2009, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: July 7, 2009                              LAW OFFICES OF PATRICK K. HANLY

                                                 By: /s/ _Patrick K. Hanly_____
                                                       Attorney for Defendant

Dated: July 7, 2009                              UNITED STATES ATTORNEY

                                                 By: /s/ Patrick K. Hanly for
                                                       Robin Taylor,
                                                       Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: July 9, 2009                              /s/      Edward J. Garcia
                                                 HONORABLE EDWARD J. GARCIA
                                                 United States District Court Judge