Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Thom V. Randle

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 09-169  EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | ) | |
| | ) | |
| | ) | **Date: 1-29-10** |
| THOM V. RANDLE | ) | **Time: 10:00 a.m.** |
| | ) | **Courtroom: Honorable EDWARD J. GARCIA** |
| Defendant. | ) | |
| | ) | |

   Defendant Thom V. Randle, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the current status conference set for January 29, 2010 at 10:00 a.m. in the above case shall be re-scheduled for February 26, 2010 at 10:00 a.m., to allow more time for defense to counsel to analyze bank records provided by the government and those obtained by the defense.  The defense needs additional time to analyze the discovery.  The defense has now completed a source and application of funds analysis and needs the additional time to analyze the data.   The continuance will allow the defense to better understand the government's case and thus will be in a better position to advise the court of the status of the case at the February 26, 2010 court date.

   The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which

the trial of this matter must be commenced under the Speedy Trial Act until and including, February 26, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: January 26, 2010                                  LAW OFFICE OF PATRICK K. HANLY

                                                         By: /s/ _Patrick K. Hanly_____
                                                                 Attorney for Defendant

Dated: January 26, 2010                                  UNITED STATES ATTORNEY

                                                         By: /s/  Patrick K. Hanly for
                                                                 Robin Taylor,
                                                                 Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: January  27, 2010                                 __/s/ Edward J. Garcia_____
                                                         HONORABLE EDWARD J. GARCIA
                                                         United States District Court Judge