Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 445-9543

Attorney for Defendant
Thom V. Randle

FILED
FEB 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

c/EJG

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOM V. RANDLE

Defendant.

Case No: 09-169 EJG

**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

**Date: 2-26-10**
**Time: 10:00 a.m.**
**Courtroom: Honorable EDWARD J. GARCIA**

Defendant Thom V. Randle, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the current status conference set for February 26, 2010 at 10:00 a.m. in the above case shall be re-scheduled for March 26, 2010 at 10:00 a.m., to allow defense counsel to review and consider a plea offer made by the government. The defense also needs additional time to analyze the discovery as it relates to the plea. The defense expects to enter a guilty plea at the March 26, 2010 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, March 26, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: February 22, 2010

LAW OFFICE OF PATRICK K. HANLY

By: /s/ Patrick K. Hanly
Attorney for Defendant

Dated: February 22, 2010

UNITED STATES ATTORNEY

By: /s/ Patrick K. Hanly for
Robin Taylor,
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED.**

Dated: February 24, 2010

HONORABLE EDWARD J. GARCIA
United States District Court Judge

Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 445-9543

Attorney for Defendant
Thom V. Randle




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOM V. RANDLE<br><br>Defendant. | Case No: 09-169 EJG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 2-26-10**<br>**Time: 10:00 a.m.**<br>**Courtroom: Honorable EDWARD J. GARCIA** |

Defendant Thom V. Randle, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the current status conference set for February 26, 2010 at 10:00 a.m. in the above case shall be re-scheduled for March 26, 2010 at 10:00 a.m., to allow defense counsel to review and consider a plea offer made by the government. The defense also needs additional time to analyze the discovery as it relates to the plea. The defense expects to enter a guilty plea at the March 26, 2010 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, March 26, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: February 22, 2010

LAW OFFICE OF PATRICK K. HANLY

By: /s/ Patrick K. Hanly
Attorney for Defendant

Dated: February 22, 2010

UNITED STATES ATTORNEY

By: /s/ Patrick K. Hanly for
Robin Taylor,
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED.**

Dated: February 24 2010

HONORABLE EDWARD J. GARCIA
United States District Court Judge