Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 445-9543

Attorney for Defendant
Thom V. Randle

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-cr-00169  EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| ) | **CONTINUING STATUS CONFERENCE AND** |
| vs. ) | **EXCLUDING TIME UNDER THE SPEEDY** |
| ) | **TRIAL ACT** |
| ) | |
| THOM V. RANDLE ) | **Date: 3-26-10** |
| ) | **Time: 10:00 a.m.** |
| ) | **Courtroom: Honorable EDWARD J. GARCIA** |
| Defendant. ) | |
| ) | |

Defendant Thom V. Randle, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Robin Taylor, agree and stipulate that the current status conference set for March 26, 2010 at 10:00 a.m. in the above case shall be re-scheduled for April 16, 2010 at 10:00 a.m., to allow defense counsel to review and consider a plea offer made by the government and to review new discovery recently provided by the government.  The defense expects to enter a guilty plea at the April 16, 2010 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, April 16, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: March 23, 2010                              LAW OFFICE OF PATRICK K. HANLY

                                                   By: /s/ Patrick K. Hanly
                                                         Attorney for Defendant

Dated: March 23, 2010                              UNITED STATES ATTORNEY

                                                   By: /s/ Patrick K. Hanly for
                                                         Robin Taylor,
                                                         Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: March 23, 2010                              /s/ Edward J. Garcia
                                                   HONORABLE EDWARD J. GARCIA
                                                   United States District Court Judge