## LAW OFFICE OF PATRICK K. HANLY

### MEMORANDUM

**FILED**

**JUN 1 5 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

**TO:**   Colleen Lydon,
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:**   Patrick K. Hanly

**DATE:**   6-14-10

**RE:**   Thom Randle
Docket Number 09-169 EJG
Judgment and Sentencing Continuance

C | ᴇᴊᴳ

The above matter is scheduled for judgment and sentencing on July 30, 2010. The parties are requesting more time to prepare for the sentencing. The following proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date:                    **8/27/10**

Reply to Motion for Correction                    **8-20-10**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **8/13/10**

 The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**8-6-10**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than:                    **7-30-10**

The proposed presentence report shall be disclosed to counsel no later than: **7-16-10**

cc: Robin Taylor – AUSA, Hugo Ortiz, USPO

IT IS SO ORDERED.

6/15/10

memo re continuance of
sentencing.DOC